IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAGI MUKATIN,

    Plaintiff,                      No. CIV S-06-0292 GEB DAD P

    vs.

THE DEPARTMENT OF CORRECTION OF CALIFORNIA, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] In his complaint, plaintiff alleges violations of his civil rights by numerous defendants at two institutions. The alleged violations arose at Pleasant Valley State Prison, which is located in Fresno County, and California Substance Abuse Treatment Facility and State Prison, which is located in Kings County.

        Pursuant to Local Rule 3-120(d), all civil actions in which the claims arose in Fresno County or Kings County shall be commenced in the United States District Court for the Eastern District of California sitting in Fresno. When a civil action has not been commenced in

---

[1] Plaintiff has not paid the required filing fee or submitted an application to proceed in forma pauperis.

1  the proper court within this district, the court may, on the court's own motion, transfer the action
2  to the proper court. See Local Rule 3-120(f).  This action will therefore be transferred to the
3  Fresno Division of the court.[2]
4       Good cause appearing, IT IS HEREBY ORDERED that:
5       1.  This action is transferred to the United States District Court for the Eastern
6  District of California sitting in Fresno; and
7       2.  All future filings shall reference the new Fresno case number assigned and
8  shall be filed at:
9       United States District Court
     Eastern District of California
10      2500 Tulare Street
     Fresno, CA 93721

12 DATED: February 17, 2006.

                          _____
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

16 DAD:13:bb
   muka0292.22fn

---

[2] Plaintiff previously filed an action against the same defendants in the Fresno Division of this court. See Mukatin v. Hesseltine, et al., case No. CIV F-05-00324 AWI SMS P. The docket for the Fresno case reflects that the court recently directed the United States Marshal to serve the complaint on nine defendants. On February 15, 2006, plaintiff's claims against all other defendants were dismissed without prejudice.